IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-36 |
| | : | |
| TASHAWN T.A. WARNER | : | |

## **ORDER**

AND NOW, this 7th day of September, 2022, upon independent review of the Report and Recommendation of U.S. Magistrate Judge Ruth Miller, and with no objections having been filed, it is ORDERED the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Tashawn Warner entered on July 14, 2022.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.